IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRESSA J. MORRISON,

    Petitioner,                    No. CIV S-08-3032 MCE GGH P

    vs.

DEBORAH L. PATRICK, Warden,

    Respondent.               ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding with appointed counsel on an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 17, 2009, petitioner was granted until September 30, 2009, to file a first amended petition. To date, the amended petition has not been filed. Accordingly, IT IS HEREBY ORDERED that petitioner file the amended petition by October 22, 2009, as well as show cause by that date for failing to file the first amended petition timely. Failure to do so will result in this action proceeding, as of October 23, 2009, on the original petition with respondent's responsive briefing and any reply by petitioner to conform with the timelines as set forth in the Order, filed on February 24, 2009 (docket # 10).

DATED: October 13, 2009                /s/ Gregory G. Hollows

                                                           UNITED STATES MAGISTRATE JUDGE

GGH:009/035
morr3032.osc