IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRESSA J. MORRISON,

    Petitioner,       No. CIV S-08-3032 MCE GGH P

    vs.

DEBORAH L. PATRICK, Warden,

    Respondent.      <u>ORDER</u>

_____/

    The court is in receipt of petitioner's counsel's projected case budget, filed in response to the court's <u>Order</u>, filed on November 4, 2009, directing counsel to submit a budget of anticipated expenditures for the rest of the case. The undersigned has reviewed the projected budget and now directs petitioner's counsel not to significantly exceed these projected hours and costs absent further order of the court.

    IT IS SO ORDERED.

DATED: December 17, 2009      /s/ Gregory G. Hollows

    UNITED STATES MAGISTRATE JUDGE

GGH:009
morr3032.ord2